UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SHABAZZ, | : | |
| | : | |
|     **Plaintiff** | : | |
|   v. | : | Civil Action No. 09-5819(SRC) |
| | : | |
| PATHMARK, et al. | : | |
| | : | |
|     **Defendants** | : | |
| _____ | : | |
| ASHLEY MOORE, | : | |
| | : | |
|     **Plaintiff** | : | |
|   v. | : | Civil Action No. 09-5820(FSH) |
| | : | |
| CITY OF IRVINGTON, et al. | : | |
| | : | |
|     **Defendants** | : | |
| _____ | : | |

**ORDER ON INFORMAL APPLICATION**

This matter having come before the Court by way of letter dated June 8, 2010, regarding the production of personnel files and IAD files;

and the Court having conducted a telephone conference on the record on June 10, 2010;

and the Court having been advised that the parties agreed to have the rulings herein apply to both cases;

and the Court having considered the submission, positions of the parties, claims, defenses, and governing law;

and for the reasons discussed on the record on June 10, 2010;

and for good cause shown,

IT IS ON THIS 10th day of June, 2010

ORDERED that, no later than **June 21, 2010**, defendant City of Irvington shall produce:

1. Officer Rice and Officer Puryear's performance evaluations, commendations, records of discipline, and training materials;

2. Office Rice's IAD files that involve allegations of excessive force, false police reports, or destruction of evidence and an index of IAD files for Office Rice, all of which may be redacted to redact the names of witnesses, victims, informants, officers not named in these cases, and personal identifying information;

IT IS FURTHER ORDERED that the information produced pursuant to this Order shall be attorney's and experts eye's only and subject to the Discovery Confidentiality Order and shall be produced only in the case in which the Officer is named. The information may be used only for the purpose of these cases; and

IT IS FURTHER ORDERED that any request for the results of drug tests, fitness for duty evaluations, or mental health evaluations shall be presented via the joint letter protocol set forth in the Pretrial Scheduling Order and shall provide specific reasons why such information is relevant to the claims or defenses in these cases.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**